# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

ROBERT FRAZIER, )
 )
      Petitioner, )
 )
v. ) No. CIV-03-065-S
 )
RON WARD, Warden, )
 )
      Respondent. )

## ORDER

On February 23, 2006, the United States Magistrate Judge for this District filed Findings and Recommendations in this case. On March 21, 2006, Petitioner received a copy of those Findings and Recommendations. Petitioner did not file objections to those Findings and Recommendations.

This Court finds the record before the court specifically documents and supports the Findings and Recommendations of the United States Magistrate Judge.

Upon full consideration of the entire record and the issues herein, this court finds and orders that the Findings and Recommendations of the United States Magistrate be **affirmed** and adopted by this court as this court's Findings and Order, and Petitioner's writ of habeas corpus is denied.

**IT IS SO ORDERED** this 3rd day of April, 2006.

Frank H. Seay
United States District Judge
Eastern District of Oklahoma